IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DANIEL MEJIA :
:
    Plaintiff, :
: Civil Action No. 1:15-cv-791
v. :
:
DALE SEAFOOD, INC., *et al.* :
:
    Defendants. :

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of above-captioned matter with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| STEIN SPERLING BENNETT<br>DE JONG DRISCOLL PC | DIMURO GINSBERG, PC |
| By:    /s/<br>Mary Craine Lombardo (77768)<br>25 West Middle Lane<br>Rockville, Maryland 20850<br>(301) 340-2020<br>(301) 354-8126 (facsimile)<br>mlombardo@steinsperling.com | By:    /s/<br>Sara M. Sakagami (77278)<br>1101 King Street, Suite 610<br>Alexandria, Virginia 22314<br>(703) 684-4333 (Telephone)<br>(703) 548-3181 (Fax)<br>ssakagami@dimuro.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants*<br><br>*(Signed by Mary Craine Lombardo<br>with permission of Sara M. Sakagami)* |

So Ordered
Claude M. Hilton
USDJ
Aug 27, 2015

4202707_1